**Pursuant to FRCP 5(d) and/or the Rule 16(b) Scheduling Order discovery material is not to be filed.**