# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRIGNIA
### NEWPORT NEWS DIVISION

**TOWANDA R. FUTRELL,**

     **Plaintiffs,**

**v.**                           **CIVIL ACTION NO.: 4:23-cv-00118**

**DANIEL L. CRAMER,** *et al.*

     **Defendants.**

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT AV LEASING LLC'S MOTION TO COMPEL

Comes Now, Plaintiff, TOWANDA FUTRELL by her attorney Christopher M. FitzPatrick, Esq.

from Morgan & Morgan, DC, PLLC and states as follows:

1. This very short response is in opposition to Defendant, AV Leasing, LLC's motion to compel.

2. Plaintiff has previously responded to Defendant AV Leasing, LLC's Interrogatories and Request for Production of Documents.

3. Plaintiff, Towanda Futrell is working very closely with Plaintiff's counsel to produce all supplemental information that Defendant is requesting.

4. However, many of the documents that Defendant is requesting were stored electronically and Plaintiff is attempting to recover the documents including but not limited to business documents regarding her Party Bus Business. Plaintiff's counsel's office has been working diligently with Plaintiff to ensure all documents and information that can be obtained are produced in discovery and all answers to Defendant's Request for Production of Documents and Interrogatories are supplemented.

5. Due to the tragic nature of this incident in which three (3) very close individuals close to Ms. Futrell were killed and Plaintiff having difficulty obtaining relevant documents and information, Plaintiff is requesting an additional time to respond.

Towanda Futrell

By Counsel:


  /s Christopher M. FitzPatrick
Christopher M. FitzPatrick, Esquire
VSB: 90394
MORGAN & MORGAN DC PLLC
1901 Pennsylvania Ave., NW, Ste. 300
Washington, DC 20006
cfitzpatrick@forthepeople.com
(202) 772-0566
(202) 772-0616
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the following was forwarded by electronic email on this 30th day of May 2024 to:

Shawn A. Voyles, Esq. (VSB #43277)
SAVoyles@va-law.com
 Paul R. Schmeding, Esq. (VSB #89542)
PRSchmeding@va-law.com
MCKENRY DANCIGERS DAWSON, P.C.
192 Ballard Court, Suite 305
Virginia Beach, VA 23462
757-461-2500 Phone
757-461-2341 Fax
**Counsel for Defendant**
**Daniel Lee Cramer**

Terrence L. Graves, Esq.

tgraves@sandsanderson.com
Aaisha M. Sanaullah, Esq.
asanaullah@sandsanderson.com
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
Richmond, VA 23219-1998
***Counsel for Defendant AV Leasing, LLC***


HARMAN, CLAYTOR, CORRIGAN & WELLMAN
Danielle D. Giroux, Esq.
dgiroux@hccw.com
1900 Duke Street, Suite 210
Alexandria, VA 22315

Angela R. MacFarlane, Esq.
amacfarlane@hccw.com
P.O. Box 70280
Richmond, VA 23255
***Counsel for Third Party Defendants***
***Antonio Wiggins & Futrells Party Adventures, LLC***


/s Christopher M. FitzPatrick
_____
Christopher M. FitzPatrick, Esquire