# Police Crash Report

Revised Report ✓

Barcode: 07070
EXHIBIT C

## CRASH

| Field | Value |
|---|---|
| Crash Date | 12/16/2022 |
| Day of Week | Friday |
| MILITARY Time (24 hr clock) | 01:38 |
| County of Crash | YORK COUNTY |
| GPS Lat. | 37.261290 |
| GPS Long. | -76.648940 |
| City of / Town of | |
| City or Town Name | |
| Landmarks at Scene | |
| Official DMV Use | 223525099 |
| Location of Crash (route/street) | INTERSTATE 64 EAST |
| Railroad Crossing ID no. (if within 150 ft.) | |
| Local Case Number | DIV522144213 |
| At Intersection With or | 1.50 Miles ✓ W of HUMELSINE PARKWAY |
| Mile Marker Number | 240.50 |
| Number of Vehicles | 2 |

## VEHICLE # 1

**DRIVER**
- Driver's Name: WIGGINS, ANTONIO, L
- Address: 13321 DEWALD CIRCLE
- City: NEWPORT NEWS, State: VA, ZIP: 23602
- Birth Date: 08/02/1999
- Driver's License Number: A62686205
- State: VA, CDL: ✓
- Driver Fled Scene: (blank)
- Gender: ✓ (male)
- Safety Equip. Used: 3
- Air Bag: 2
- Ejected: 1
- Date of Death: 
- Injury Type: 3
- EMS Transport: ✓
- Summons Issued As Result of Crash: 3
- Offenses Charged to Driver: 

**VEHICLE**
- Vehicle Owner's Name: FUTRELL, TOWANDA, ROGERS
- Address: 3211 OMOHUNDRA AVE
- City: NORFOLK, State: VA, ZIP: 23504
- Vehicle Year: 2000, Make: INTERNATIO, Model: 3400
- Disabled: ✓, CMV: ✓, Towed: ✓
- Vehicle Plate Number: UJH2206, State: VA
- Approximate Repair Cost: 20000
- VIN: 1HVBEABM1YH274962
- Name of Insurance Company: NATIONAL INDEMNITY
- Speed Before Crash: 40
- Speed Limit: 70
- Maximum Safe Speed: 70
- Under 8: 0, 8-17: 3, 18-21: 6, Over 21: 12

**PASSENGER** (only if injured or killed)

| Name of Injured | EMS Transport | Date of Death | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | Gender |
|---|---|---|---|---|---|---|---|---|---|
| BOUIE, MONTIA | ✓ | 12/16/2022 | 7 | 8 | 2 | 3 | 1 | 01/09/2003 | ✓ |
| EVANS, XZAVIER | ✓ | 12/16/2022 | 7 | 8 | 2 | 3 | 1 | 06/29/1997 | ✓ |
| RUSSELL, JONTAE, KAALIB | ✓ | 12/16/2022 | 7 | 8 | 2 | 3 | 1 | 05/31/2001 | ✓ |

## VEHICLE # 2

**DRIVER**
- Driver's Name: CRAMER, DANIEL, LEE
- Address: 4310 MARTIN ST S. LOT # 35
- City: CROPWELL, State: AL, ZIP: 35054
- Birth Date: 03/26/1961
- Driver's License Number: 8892902
- State: AL, CDL: ✓
- Driver Fled Scene: (blank)
- Gender: ✓ (male)
- Safety Equip. Used: 3
- Air Bag: 2
- Ejected: 1
- Injury Type: 2
- EMS Transport: ✓
- Summons Issued As Result of Crash: 3

**VEHICLE**
- Vehicle Owner's Name: AV, LEASING, LLC
- Address: 525 ANDERSON DR
- City: ROMEOVILLE, State: IL, ZIP: 60446
- Vehicle Year: 2022, Make: FREIGHTLIN, Model: CASCADIA
- Disabled: ✓, CMV: ✓, Towed: ✓
- Vehicle Plate Number: P1120248, State: IL
- Approximate Repair Cost: 210000
- VIN: 3AKJHHDRXNSMZ7498
- Name of Insurance Company: PEOPLES INSURANCE AGENCY
- Speed Before Crash: 66
- Speed Limit: 70
- Maximum Safe Speed: 40
- Under 8: 0, 8-17: 0, 18-21: 0, Over 21: 0

**PASSENGER** (only if injured or killed) — (none listed)

## Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

Code diagram positions: 1, 2, 3, 4, 5, 6, 7, 8 (8 on outside)

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
6. No Injury (driver only)

| Field | Value |
|---|---|
| Investigating Officer | A GASPARYAN |
| Badge/Code Number | 8895 |
| Agency/Department Name and Code | VIRGINIA STATE POLICE/0156 |
| Reviewing Officer | Matthew Gillespie |
| Report File Date | 12/31/2022 |

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 12/16/2022 | 01:38 | YORK COUNTY | | DIV522144213 |

## DRIVER INFORMATION

### Driver's Action — P1
(Veh 1 / Veh 2)
1. No Improper Action
2. Exceeded Speed Limit
3. Exceeded Safe Speed But Not Speed Limit
4. Overtaking On Hill
5. Overtaking On Curve
6. Overtaking at Intersection
7. Improper Passing of School Bus
8. Cutting In
9. Other Improper Passing
10. Wrong Side of Road – Not Overtaking
11. Did Not Have Right-of-Way
12. Following Too Close
13. Fail to Signal or Improper Signal
14. Improper Turn – Wide Right Turn
15. Improper Turn – Cut Corner on Left Turn
16. Improper Turn From Wrong Lane
17. Other Improper Turn
18. Improper Backing
19. Improper Start From Parked Position
20. Disregarded Officer or Flagger
21. Disregarded Traffic Signal
22. Disregarded Stop or Yield Sign
23. Driver Distraction
24. Fail to Stop at Through Highway – No Sign
25. Drive Through Work Zone
26. Fail to Set Out Flares or Flags
27. Fail to Dim Headlights
28. Driving Without Lights
29. Improper Parking Location
30. Avoiding Pedestrian
31. Avoiding Other Vehicle
32. Avoiding Animal
33. Crowded Off Highway
34. Hit and Run
35. Car Ran Away – No Driver
36. Blinded by Headlights
37. Other ✓ (Veh 1)
38. Avoiding Object in Roadway
39. Eluding Police
40. Fail to Maintain Proper Control ✓ (Veh 2)
41. Improper Passing
42. Improper or Unsafe Lane Change
43. Over Correction

### Condition of Driver Contributing to the Crash — P2
1. No Defects ✓
2. Eyesight Defective
3. Hearing Defective
4. Other Body Defects
5. Illness
6. Fatigued
7. Apparently Asleep
8. Other
9. Unknown ✓

### Driver Vision Obscured — P3
1. Not Obscured ✓ ✓
2. Rain, Snow, etc. on Windshield
3. Windshield Otherwise Obscured
4. Vision Obscured by Load on Vehicle
5. Trees, Crops, etc.
6. Building
7. Embankment
8. Sign or Signboard
9. Hillcrest
10. Parked Vehicle(s)
11. Moving Vehicle(s)
12. Sun or Headlight Glare
13. Other
14. Blind Spot
15. Smoke/Dust
16. Stopped Vehicle(s)

### Type of Driver Distractions — P4
1. Looking at Roadside Incident
2. Driver Fatigue
3. Looking at Scenery
4. Passenger(s)
5. Radio/CD, etc.
6. Cell Phone
7. Eyes Not on Road
8. Daydreaming
9. Eating/Drinking
10. Adjusting Vehicle Controls
11. Other
12. Navigation Device
13. Texting
14. No Driver Distraction ✓ ✓

### Drinking — P5
1. Had Not Been Drinking
2. Drinking – Obviously Drunk
3. Drinking – Ability Impaired
4. Drinking – Ability Not Impaired
5. Drinking – Not Known Whether Impaired
6. Unknown ✓ ✓

### Method of Alcohol Determination (by police) — P6
1. Blood ✓ ✓
2. Breath
3. Refused
4. No Test

### Drug Use — P7
1. Yes
2. No
3. Unknown ✓ ✓

## VEHICLE INFORMATION

### Vehicle Maneuver — V1
1. Going Straight Ahead ✓ ✓
2. Making Right Turn
3. Making Left Turn
4. Making U-Turn
5. Slowing or Stopping
6. Merging Into Traffic Lane
7. Starting From Parked Position
8. Stopped in Traffic Lane
9. Ran Off Road – Right
10. Ran Off Road – Left
11. Parked
12. Backing
13. Passing
14. Changing Lanes
15. Other
16. Entering Street From Parking Lot

### Skidding Tire/Mark — V2
1. Before Application of Brakes
2. After Application of Brakes ✓ ✓
3. Before and After Application of Brakes
4. No Visible Skid Mark/Tire Mark

### Vehicle Body Type — V3
1. Passenger car
2. Truck – Pick-up/Passenger Truck
3. Van
4. Truck – Single Unit Truck (2-Axles)
7. Motor Home, Recreational Vehicle
8. Special Vehicle – Oversized Vehicle/Earthmover/Road Equipment
9. Bicycle
10. Moped
11. Motorcycle
12. Emergency Vehicle (Regardless of Vehicle Type)
13. Bus – School Bus
14. Bus – City Transit Bus/Privately Owned Church Bus
15. Bus – Commercial Bus ✓
16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.)
18. Special Vehicle – Farm Machinery
19. Special Vehicle – ATV
21. Special Vehicle – Low-Speed Vehicle
22. Truck – Sport Utility Vehicle (SUV)
23. Truck – Single Unit Truck (3 Axles or More) ✓
25. Truck – Truck Tractor (Bobtail-No Trailer)

### Vehicle Damage — V4
1. Unknown
2. No damage
3. Overturned
4. Motor
5. Undercarriage
6. Totaled ✓ ✓
7. Fire
8. Other

### Vehicle Condition — V5
1. No Defects ✓
2. Lights Defective
3. Brakes Defective
4. Steering Defective
5. Puncture/Blowout
6. Worn or Slick Tires
7. Motor Trouble
8. Chains in Use
9. Other
10. Vehicle Altered ✓
11. Mirrors Defective
12. Power Train Defective
13. Suspension Defective
14. Windows/Windshield Defective
15. Wipers Defective
16. Wheels Defective
17. Exhaust System

### Special Function Motor Vehicle — V6
1. No Special Function ✓
2. Taxi
3. School Bus (Public or Private)
4. Transit Bus
5. Intercity Bus
6. Charter Bus
7. Other Bus ✓
8. Military
9. Police
10. Ambulance
11. Fire Truck
12. Tow Truck
13. Maintenance
14. Unknown
15. TNC

### EMV in service — V7
1. Yes
2. No ✓ ✓

### Truck Cover — V8
1. Yes
2. No ✓ ✓

**CRASH**

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of Town of | Local Case Number |
|---|---|---|---|---|
| 12/16/2022 | 01:38 | YORK COUNTY | | DIV522144213 |

## CRASH INFORMATION

**Location of First Harmful Event in Relation to Roadway** — C1
- ✓ 1. On Roadway
- 2. Shoulder
- 3. Median
- 4. Roadside
- 5. Gore
- 6. Separator
- 7. In Parking Lane or Zone
- 8. Off Roadway, Location Unknown
- 9. Outside Right-of-Way

**Weather Condition** — C2
- 1. No Adverse Condition (Clear/Cloudy)
- 3. Fog
- ✓ 4. Mist
- 5. Rain
- 6. Snow
- 7. Sleet/Hail
- 8. Smoke/Dust
- 9. Other
- 10. Blowing Sand, Soil, Dirt, or Snow
- 11. Severe Crosswinds

**Light Conditions** — C3
- 1. Dawn
- 2. Daylight
- 3. Dusk
- 4. Darkness – Road Lighted
- ✓ 5. Darkness – Road Not Lighted
- 6. Darkness – Unknown Road Lighting
- 7. Unknown

**Traffic Control Device** — C4
- ✓ 1. Yes – Working
- 2. Yes – Working and Obscured
- 3. Yes – Not Working
- 4. Yes – Not Working and Obscured
- 5. Yes – Missing
- 6. No Traffic Control Device Present

**Traffic Control Type** — C5
- 1. No Traffic Control
- 2. Officer or Flagger
- 3. Traffic Signal
- 4. Stop Sign
- 5. Slow or Warning Sign
- ✓ 6. Traffic Lanes Marked
- 7. No Passing Lines
- 8. Yield Sign
- 9. One Way Road or Street
- 10. Railroad Crossing With Markings and Signs
- 11. Railroad Crossing With Signals
- 12. Railroad Crossing With Gate and Signals
- 13. Other
- 14. Pedestrian Crosswalk
- 15. Reduced Speed – School Zone
- 16. Reduced Speed – Work Zone
- 17. Highway Safety Corridor

**Roadway Alignment** — C6
- ✓ 1. Straight – Level
- 2. Curve – Level
- 3. Grade – Straight
- 4. Grade – Curve
- 5. Hillcrest – Straight
- 6. Hillcrest – Curve
- 7. Dip – Straight
- 8. Dip – Curve
- 9. Other
- 10. On/Off Ramp

**Roadway Surface Condition** — C7
- 1. Dry
- ✓ 2. Wet
- 3. Snowy
- 4. Icy
- 5. Muddy
- 6. Oil/Other Fluids
- 7. Other
- 8. Natural Debris
- 9. Water (Standing, Moving)
- 10. Slush
- 11. Sand, Dirt, Gravel

**Roadway Surface Type** — C8
- 1. Concrete
- ✓ 2. Blacktop, Asphalt, Bituminous
- 3. Brick or Block
- 4. Slag, Gravel, Stone
- 5. Dirt
- 6. Other

**Roadway Description** — C9
- 1. Two-Way, Not Divided
- 2. Two-Way, Divided, Unprotected Median
- ✓ 3. Two-Way, Divided, Positive Median Barrier
- 4. One-Way, Not Divided
- 5. Unknown

**Roadway Defects** — C10
- ✓ 1. No Defects
- 2. Holes, Ruts, Bumps
- 3. Soft or Low Shoulder
- 4. Under Repair
- 5. Loose Material
- 6. Restricted Width
- 7. Slick Pavement
- 8. Roadway Obstructed
- 9. Other
- 10. Edge Pavement Drop Off

**Relation to Roadway** — C11

Interchange Area:
- 1. Main-Line Roadway
- 2. Acceleration/Deceleration Lanes
- 3. Gore Area (Between Ramp and Highway Edgelines)
- 4. Collector/Distributor Road
- 5. On Entrance/Exit Ramp
- 6. Intersection at end of Ramp
- 7. Other location not listed above within an interchange area (median, shoulder and roadside)

Intersection Area:
- ✓ 8. Non-Intersection
- 9. Within Intersection
- 10. Intersection-Related - Within 150'
- 11. Intersection-Related - Outside 150'

Other Location:
- 12. Crossover Related
- 13. Driveway, Alley-Access - Related
- 14. Railway Grade Crossing
- 15. Other Crossing (Crossings for Bikes, School, etc.)

**Intersection Type** — C12
- ✓ 1. Not at Intersection
- 2. Two Approaches
- 3. Three Approaches
- 4. Four Approaches
- 5. Five-Point, or more
- 6. Roundabout

**Work Zone** — C13
- 1. Yes
- ✓ 2. No

**Work Zone Workers Present** — C14
- 1. With Law Enforcement
- 2. With No Law Enforcement
- 3. No Workers Present

**Work Zone Location** — C15
- 1. Advance Warning Area
- 2. Transition Area
- 3. Activity Area
- 4. Termination Area

**Work Zone Type** — C16
- 1. Lane Closure
- 2. Lane Shift/Crossover
- 3. Work on Shoulder or Median
- 4. Intermittent or Moving Work
- 5. Other

**School Zone** — C17
- 1. Yes
- 2. Yes - With School Activity
- ✓ 3. No

**Type of Collision** — C18
- ✓ 1. Rear End
- 2. Angle
- 3. Head On
- 4. Sideswipe – Same Direction
- 5. Sideswipe – Opposite Direction
- 6. Fixed Object in Road
- 7. Train
- 8. Non-Collision
- 9. Fixed Object – Off Road
- 10. Deer
- 11. Other Animal
- 12. Pedestrian
- 13. Bicyclist
- 14. Motorcyclist
- 15. Backed Into
- 16. Other

Officer Initials AG  Badge # 6693
Revised Report ✓
Commonwealth of Virginia - Department of Motor Vehicles
**Police Crash Report**
Page 4 of 8
FR300P (Rev 1/12)

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of Town of | Local Case Number |
|---|---|---|---|---|
| 12/16/2022 | 01:38 | YORK COUNTY | | DIV522144213 |

## CRASH DIAGRAM

**VEHICLE # 1**
Fill In Impact Area(s).
Initial Impact.
6

```
       12 ✓
  11 ✓      ✓
  10 ✓      ✓ 2
  9 ✓  13   ✓ 3
  8 ✓       ✓ 4
  7 ✓       ✓ 5
       ✓
       6
       E
```
Veh Dir of Travel – N/S/E/W

**VEHICLE #**
Fill In Impact Area(s).
Initial Impact.

```
       12
  11
  10         1
              2
  9   13     3
  8          4
  7          5
       6
```
Veh Dir of Travel – N/S/E/W



**VEHICLE # 2**
Fill In Impact Area(s).
Initial Impact.
12

```
       12 ✓
  11 ✓      ✓
  10 ✓      ✓ 2
  9 ✓  13   ✓ 3
  8 ✓       ✓ 4
  7 ✓         5
              6
              E
```
Veh Dir of Travel – N/S/E/W

**VEHICLE #**
Fill In Impact Area(s).
Initial Impact.

```
       12
  11
  10         1
             2
  9   13     3
  8          4
  7          5
       6
```
Veh Dir of Travel – N/S/E/W

## DAMAGE TO PROPERTY OTHER THAN VEHICLES

| Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property |
|---|---|---|---|---|
| 10000 | GUARD RAIL | VIRGINIA DEPARTMENT OF TRANSPORTATI | 1401 E. BROAD ST. RICHMOND, VA 232 | ✓ |

## CRASH DESCRIPTION

VEHICLE # 2 STRUCK VEHICLE # 1 IN THE REAR. VEHICLE # 1 ROTATED 60 DEGREES LOCKED WITH VEHICLE #2. BOTH VEHICLES RAN OFF THE ROADWAY ON THE LEFT SIDE OF ROAD VEHICLE # 1, STRUCK THE GUARD RAIL BEFORE ENTERING THE CENTER MEDIAN. UPON ENTERING THE CENTER MEDIAN, VEHICLE #1'S REAR CARGO SHELL DETACHED FROM THE VEHICLE EJECTING ALL PASSENGERS. VEHICLE # 2 CONTINUED MOVING FORWARD CROSSING THROUGH THE CENTER MEDIAN AND THEN STRUCK THE GUARD RAIL ON THE WEST BOUND SIDE. THERE WERE APPROXIMATELY 200 FEET OF GUARD RAIL AND 30 POSTS DAMAGED.

P1 IS OTHER DUE TO THE FACT THAT VEHICLE # 1 WAS HINDERING THE FLOW OF TRAFFIC DUE TO ITS SPEED OF TRAVEL
VEHICLE #1 - DRIVERS LICENSE WAS SUSPENDED.
P5, P6, & P7 - PENDING TOXICOLOGY RESULTS.
P2 - PENDING FURTHER INVESTIGATION.

## CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 28 | 5 | | 20 | 2 | 20 | 28 | 5 | 5 | 20 |

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**First Harmful Event of Entire Crash that Results in First Injury or Damage.**
20

**COLLISION WITH FIXED OBJECT**
1. Bank Or Ledge
2. Trees
3. Utility Pole
4. Fence Or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass, Culvert, etc
8. Sign, Traffic Signal
9. Impact Cushioning Device
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support
18. Mailbox

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle In Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of Town of | Local Case Number |
|---|---|---|---|---|
| 12/16/2022 | 01:38 | YORK COUNTY | | DIV522144213 |

## COMMERCIAL MOTOR VEHICLE SECTION

This form is being completed because the vehicle is:

- ✓ A Truck or Truck Combination Rating Greater Than 10,000 lbs. (GVWR/GCWR)
- ✓ Any Motor Vehicle That Seats 9 or More People, Including the Driver
- A Vehicle of Any Type with a Hazardous Materials Placard Regardless of Weight

**AND** The crash resulted in:

- A fatality: any person(s) killed in or outside of any vehicle (truck, bus, car, etc.) involved in the crash or who dies within 30 days of the crash as a result of an injury sustained in the crash  **OR**
- An injury: any person(s) injured as a result of the crash who immediately receives medical treatment away from the crash scene  **OR**
- A tow-away: any motor vehicle (truck, bus, car, etc.) disabled as a result of the crash and transported away from the scene by a tow truck or other vehicle

---

### VEHICLE # 1

**Vehicle Configuration** V10
1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
3. Bus (Seats 9-15 People, Including Driver)
4. ✓ Bus (Seats for 16 People or More, Including Driver)
5. Single Unit Truck (2 Axles, 6 Tires)
6. Single Unit Truck (3 or More Axles)
7. Truck Trailer(s) [Single-Unit Truck Pulling Trailer(s)]
8. Truck Tractor (Bobtail)
9. Tractor/Semi-trailer (One Trailer)
10. Tractor/Doubles (Two Trailers)
11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

**Cargo Body Type** V11
1. Bus (Seats 9-15 People, Including Driver)
2. ✓ Bus (Seats For 16 People or More, Including Driver)
3. Van/Enclosed Box
4. Cargo Tank
5. Flatbed
6. Dump
7. Concrete Mixer
8. Auto Transporter
9. Garbage/Refuse
10. Grain/Chips/Gravel
11. Pole-Trailer
12. Vehicle Towing Another Motor Vehicle
13. Intermodal Container Chassis
14. Logging
15. Other Cargo Body (Not Listed Above)
16. Not Applicable/ No Cargo Body

**License Class** P8
- Class A
- Class B
- Class C
- ✓ Class DRL (regular drivers license)
- Class M

**Commercial Endorsement** P9
- T–Double Trailer
- P–Passenger Vehicle
- N–Tank Vehicle
- H–Required To Be Placarded for Hazardous Materials
- X–Combined Tank/HAZMAT
- O–Other

**GVWR/GCWR** V12
1. 10,000 lbs. or Less
2. ✓ 10,001–26,000 lbs.
3. Greater Than 26,000 lbs.

**Hazardous Material**
Hazardous Material Placard: ✓

| HM 4-Digit | HM Placard Name | HM Class | HM Cargo Present ✓ | HM Cargo Released ✓ |
|---|---|---|---|---|

**Carrier Identification**
Commercial Motor Carrier Name: FUTRELL, TOWANDA ROGERS
Address: 3211 OMOHUNDRA AVE
City: NORFOLK  State: VA  Zip: 23504
Carrier's ID Number — State (Intrastate Only): VA
US DOT#:

**Commercial/Non-Commercial** V13
1. Interstate Carrier
2. ✓ Intrastate Carrier
3. Not in Commerce-Government (Trucks and Buses)
4. Not in Commerce-Other Truck (Over 10,000 lbs.)

---

### VEHICLE # 2

**Vehicle Configuration** V10
1. Passenger Car (Only if Vehicle Has Hazardous Materials Placard)
2. Light Truck (Only if Vehicle Has Hazardous Materials Placard)
3. Bus (Seats 9-15 People, Including Driver)
4. Bus (Seats for 16 People or More, Including Driver)
5. Single Unit Truck (2 Axles, 6 Tires)
6. Single Unit Truck (3 or More Axles)
7. Truck Trailer(s) [Single-Unit Truck Pulling Trailer(s)]
8. Truck Tractor (Bobtail)
9. ✓ Tractor/Semi-trailer (One Trailer)
10. Tractor/Doubles (Two Trailers)
11. Other Truck Greater Than 10,000 lbs. (Not Listed Above)

**Cargo Body Type** V11
1. Bus (Seats 9-15 People, Including Driver)
2. Bus (Seats For 16 People or More, Including Driver)
3. ✓ Van/Enclosed Box
4. Cargo Tank
5. Flatbed
6. Dump
7. Concrete Mixer
8. Auto Transporter
9. Garbage/Refuse
10. Grain/Chips/Gravel
11. Pole-Trailer
12. Vehicle Towing Another Motor Vehicle
13. Intermodal Container Chassis
14. Logging
15. Other Cargo Body (Not Listed Above)
16. Not Applicable/ No Cargo Body

**License Class** P8
- ✓ Class A
- Class B
- Class C
- Class DRL (regular drivers license)
- Class M

**Commercial Endorsement** P9
- T–Double Trailer
- P–Passenger Vehicle
- N–Tank Vehicle
- H–Required To Be Placarded for Hazardous Materials
- ✓ X–Combined Tank/HAZMAT
- O–Other

**GVWR/GCWR** V12
1. 10,000 lbs. or Less
2. 10,001–26,000 lbs.
3. ✓ Greater Than 26,000 lbs.

**Hazardous Material**
Hazardous Material Placard: ✓

| HM 4-Digit | HM Placard Name | HM Class | HM Cargo Present ✓ | HM Cargo Released ✓ |
|---|---|---|---|---|

**Carrier Identification**
Commercial Motor Carrier Name: TRITON LOGISTICS INC
Address: 525 ANDERSON DR
City: ROMEOVILLE  State: IL  Zip: 60446
Carrier's ID Number — State (Intrastate Only):
US DOT#: 2 2 5 5 8 4 2 0

**Commercial/Non-Commercial** V13
1. ✓ Interstate Carrier
2. Intrastate Carrier
3. Not in Commerce-Government (Trucks and Buses)
4. Not in Commerce-Other Truck (Over 10,000 lbs.)

# CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 12/16/2022 | 01:38 | YORK COUNTY | | DIV522144213 |

## PEDESTRIAN #

Name of Injured (Last, First, Middle)

Address (Street and Number)

City | State | ZIP

Driver's License # | State

Gender | EMS Transport | Injury Type | Birthdate | Date of Death

Ped # | Ped #

### Pedestrian Actions   P10

1. Crossing At Intersection With Signal
2. Crossing At Intersection Against Signal
3. Crossing At Intersection No Signal
4. Crossing At Intersection Diagonally
5. Crossing Not At Intersection – Rural
6. Crossing Not At Intersection – Urban
7. Coming From Behind Parked Cars
8. Getting Off Or On School Bus
9. Playing In Roadway
10. Getting Off Or On Another Vehicle
11. Hitching On Vehicle
12. Walking In Roadway With Traffic – Sidewalks Available
13. Walking In Roadway With Traffic – Sidewalks Not Available
14. Walking In Roadway Against Traffic – Sidewalks Available
15. Walking In Roadway Against Traffic – Side Walks Not Available
16. Working In Roadway
17. Standing In Roadway
18. Lying In Roadway
19. Not In Roadway
20. Other

## PEDESTRIAN #

Name of Injured (Last, First, Middle)

Address (Street and Number)

City | State | ZIP

Driver's License # | State

Gender | EMS Transport | Injury Type | Birthdate | Date of Death

Ped # | Ped #

### Pedestrian Drinking   P11

1. Had Not Been Drinking
2. Drinking-Obviously Drunk
3. Drinking -Ability Impaired
4. Drinking -Ability Not Impaired
5. Drinking -Not Known Whether Impaired

### Condition of Pedestrian Contributing to the Crash   P12

1. No Defects
2. Eyesight Defective
3. Hearing Defective
4. Other Body Defects
5. Illness
6. Fatigued
7. Apparently Asleep
8. Other

### Method of Alcohol Determination by Police   P13

1. Blood
2. Breath
3. Refused
4. No Test

### Pedestrian Drug Use   P14

1. Yes
2. No
3. Unknown

### Pedestrian Wear Reflective Clothing   P15

1. Yes
2. No

---

Use sections below for additional passengers.

### VEHICLE # 1

**PASSENGER** (only if injured or killed)

| Name of Injured | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | EMS Transport | Date of Death | Gender |
|---|---|---|---|---|---|---|---|---|---|
| FUTRELL, TOWANDA | 7 | 8 | 2 | 3 | 3 | 07/14/1981 | ✓ | | ✓ |
| MORGAN, TREVONTE | 7 | 8 | 2 | 3 | 3 | 05/22/1996 | ✓ | | ✓ |
| HARDEE, ANTONIO, LEE | 7 | 8 | 2 | 3 | 3 | 07/06/1992 | ✓ | | ✓ |

### VEHICLE # 1

**PASSENGER** (only if injured or killed)

| Name of Injured | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | EMS Transport | Date of Death | Gender |
|---|---|---|---|---|---|---|---|---|---|
| PULLEY, JAHNEYA | 7 | 8 | 2 | 3 | 3 | 09/21/2006 | ✓ | | ✓ |
| COPELAND, SYMONE | 7 | 8 | 2 | 3 | 3 | 04/08/1993 | ✓ | | ✓ |
| ROGERS, TYQUIRA | 7 | 8 | 2 | 3 | 3 | 05/06/1998 | ✓ | | ✓ |

### Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

Position diagram:
```
    1  2  3
8   4  5  6  8
       7
       8
```

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury

## CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of Town of | Local Case Number |
|---|---|---|---|---|
| 12/16/2022 | 01:38 | YORK COUNTY | | DIV522144213 |

### PEDESTRIAN #
Name of Injured (Last, First, Middle)

Address (Street and Number)

City / State / ZIP

Driver's License # / State

Gender / EMS Transport / Injury Type / Birthdate / Date of Death

Ped # Ped #

### PEDESTRIAN #
Name of Injured (Last, First, Middle)

Address (Street and Number)

City / State / ZIP

Driver's License # / State

Gender / EMS Transport / Injury Type / Birthdate / Date of Death

Ped # Ped #

### Pedestrian Actions  P10

1. Crossing At Intersection With Signal
2. Crossing At Intersection Against Signal
3. Crossing At Intersection No Signal
4. Crossing At Intersection Diagonally
5. Crossing Not At Intersection – Rural
6. Crossing Not At Intersection – Urban
7. Coming From Behind Parked Cars
8. Getting Off Or On School Bus
9. Playing In Roadway
10. Getting Off Or On Another Vehicle
11. Hitching On Vehicle
12. Walking In Roadway With Traffic – Sidewalks Available
13. Walking In Roadway With Traffic – Sidewalks Not Available
14. Walking In Roadway Against Traffic – Sidewalks Available
15. Walking In Roadway Against Traffic – Side Walks Not Available
16. Working In Roadway
17. Standing In Roadway
18. Lying In Roadway
19. Not In Roadway
20. Other

### Pedestrian Drinking  P11

1. Had Not Been Drinking
2. Drinking-Obviously Drunk
3. Drinking -Ability Impaired
4. Drinking -Ability Not Impaired
5. Drinking -Not Known Whether Impaired

### Condition of Pedestrian Contributing to the Crash  P12

1. No Defects
2. Eyesight Defective
3. Hearing Defective
4. Other Body Defects
5. Illness
6. Fatigued
7. Apparently Asleep
8. Other

### Method of Alcohol Determination by Police  P13

1. Blood
2. Breath
3. Refused
4. No Test

### Pedestrian Drug Use  P14

1. Yes
2. No
3. Unknown

### Pedestrian Wear Reflective Clothing  P15

1. Yes
2. No

Use sections below for additional passengers.

### VEHICLE # 1

**PASSENGER** (only if injured or killed)

| Name of Injured (Last, First, Middle) | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | Gender | EMS Transport | Date of Death |
|---|---|---|---|---|---|---|---|---|---|
| RODGERS, JERMAINE | 7 | 8 | 2 | 3 | 3 | 06/28/1983 | ✔ | ✔ | |
| SHAW, MALIK, LILRONNE | 7 | 8 | 2 | 3 | 3 | 07/20/2002 | ✔ | ✔ | |
| FUTRELL, TANIJA | 7 | 8 | 2 | 3 | 3 | 06/23/2002 | ✔ | ✔ | |

### VEHICLE # 1

**PASSENGER** (only if injured or killed)

| Name of Injured (Last, First, Middle) | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | Gender | EMS Transport | Date of Death |
|---|---|---|---|---|---|---|---|---|---|
| ROGERS, TYEISHA, CHANTE | 7 | 8 | 2 | 3 | 3 | 02/08/2000 | ✔ | ✔ | |
| SPRUILL, TANAJSYIA | 7 | 8 | 2 | 3 | 3 | 05/16/1998 | ✔ | ✔ | |
| JACKSON, QWAIZANEIC | 7 | 8 | 2 | 3 | 3 | 11/11/2002 | ✔ | ✔ | |

### Codes

```
    8
  1 2 3
8 4 5 6 8
    7
    8
```

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury

# CRASH

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of Town of | Local Case Number |
|---|---|---|---|---|
| 12/16/2022 | 01:38 | YORK COUNTY | | DIV522144213 |

## PEDESTRIAN #

Name of Injured (Last, First, Middle)

Address (Street and Number)

City | State | ZIP

Driver's License # | State

Gender | EMS Transport | Injury Type | Birthdate | Date of Death

Ped # Ped # | Ped # Ped #

### Pedestrian Actions  P10
1. Crossing At Intersection With Signal
2. Crossing At Intersection Against Signal
3. Crossing At Intersection No Signal
4. Crossing At Intersection Diagonally
5. Crossing Not At Intersection – Rural
6. Crossing Not At Intersection – Urban
7. Coming From Behind Parked Cars
8. Getting Off Or On School Bus
9. Playing In Roadway
10. Getting Off Or On Another Vehicle
11. Hitching On Vehicle
12. Walking In Roadway With Traffic – Sidewalks Available
13. Walking In Roadway With Traffic – Sidewalks Not Available
14. Walking In Roadway Against Traffic – Sidewalks Available
15. Walking In Roadway Against Traffic – Side Walks Not Available
16. Working In Roadway
17. Standing In Roadway
18. Lying In Roadway
19. Not In Roadway
20. Other

## PEDESTRIAN #

Name of Injured (Last, First, Middle)

Address (Street and Number)

City | State | ZIP

Driver's License # | State

Gender | EMS Transport | Injury Type | Birthdate | Date of Death

Ped # Ped # | Ped # Ped #

### Pedestrian Drinking  P11
1. Had Not Been Drinking
2. Drinking-Obviously Drunk
3. Drinking -Ability Impaired
4. Drinking -Ability Not Impaired
5. Drinking -Not Known Whether Impaired

### Condition of Pedestrian Contributing to the Crash  P12
1. No Defects
2. Eyesight Defective
3. Hearing Defective
4. Other Body Defects
5. Illness
6. Fatigued
7. Apparently Asleep
8. Other

### Method of Alcohol Determination by Police  P13
1. Blood
2. Breath
3. Refused
4. No Test

### Pedestrian Drug Use  P14
1. Yes
2. No
3. Unknown

### Pedestrian Wear Reflective Clothing  P15
1. Yes
2. No

Use sections below for additional passengers.

## VEHICLE # 1

**PASSENGER** (only if injured or killed)

| Name of Injured (Last, First, Middle) | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | Gender | EMS Transport | Date of Death |
|---|---|---|---|---|---|---|---|---|---|
| HARRIS, CAMRYN | 7 | 8 | 2 | 3 | 3 | 11/22/2005 | ✓ | ✓ | |
| ALSTON, PERCY, LORENZO | 7 | 8 | 2 | 3 | 3 | 02/22/2003 | ✓ | ✓ | |
| ALSTON, NYZIR, ROSHAWN | 7 | 8 | 2 | 3 | 3 | 07/15/2005 | ✓ | ✓ | |

## VEHICLE # 1

**PASSENGER** (only if injured or killed)

| Name of Injured (Last, First, Middle) | Position In/On Vehicle | Safety Equip Used | Airbag | Ejected | Injury Type | Birthdate | Gender | EMS Transport | Date of Death |
|---|---|---|---|---|---|---|---|---|---|
| MORGAN, DARRELL, LEANDER | 7 | 8 | 2 | 3 | 3 | 11/19/1998 | ✓ | ✓ | |
| COPELAND, LADANNA, TAWADAN | 7 | 8 | 2 | 3 | 3 | 05/06/1974 | ✓ | ✓ | |
| GIST, CEEASHA, MYA | 7 | 8 | 2 | 3 | 3 | 07/15/1998 | ✓ | ✓ | |

### Codes

```
  8
1 2 3
4 5 6 8
  7
  8
```

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury



# VIRGINIA STATE POLICE
## Crash Report Information

Crash Date: ___ / ___ / ___       Crash Time: _____

Crash Location: _____

City / County / Town where crash occurred:   ☐ JAMES CITY   ☐ WILLIAMSBURG   ☐ YORK COUNTY

Trooper's Name: **A. GASPARYAN** _____   Code #: **8895**

Case No.: _____

Photos Taken: YES / NO

1. Your crash is reportable to the DEPARTMENT OF MOTOR VEHICLES; a reportable crash is defined as any crash involving personal injury, death, or property damage in excess of $1,500, occurring on a public highway. Reports are available to driver(s), injured person(s), property owner(s), attorney(s), insurance companies, or vehicle owner, in accordance with §46.2-380 of the Code of Virginia.

2. Requests can be made at any customer service center or by mail or FAX to the address below. To request an accident report, submit either a written request or a completed DMV Information Request Form (CRD93), along with your payment to DMV. CRD93 available at http://www.dmv.virginia.gov/webdoc/pdf/crd93.pdf.

The request must include:
- Crash Involvement (e.g., driver, injured person, vehicle owner, etc.)
- Crash date, Crash time, Crash location (street, city/town/county)
- Driver's name (must be provided if requestor was involved in crash)
- Driver's License Number (must be provided if requester was involved in crash)

Customer Records Work Center – Room 514
Department of Motor Vehicles
Post Office Box 27412
Richmond, VA 23269

FAX: (804) 367-0390

Please contact DMV or visit the DMV webpage below for cost and payment information. DMV will return the requested documents to you via U.S. Postal Service first class mail.

Visit **www.DMVNOW.com** or http://www.dmv.virginia.gov/general/#records/accident.asp for additional information.

**It is recommended that you retain this document, for your benefit as well as that of your insurance company/claims adjuster, attorney or vehicle owner.**



## Virginia State Police

Office: 757-253-4923
Dispatch: 757-424-6800
Work Cell: 757-951-7482

Trooper
A.GASPARYAN

Code Number **8895**

albert.gasparyan@vsp.virginia.gov

Area 37 Office

SP-319 10-01-2015

RT199YRBY VEHICLE #

## DRIVER

Driver Fled Scene: ◯
Gender: M

Driver's Name (Last, First, Middle): CRAMER DANIEL LEE
Address: 430 MARTIN ST S. LOT 35
City: CROPWELL
State: AL
ZIP: 35054
Birth Date: 03 26 1961
Driver's License #: 8892902
State: AL
DL: Y
CDL: N
Safety Equip. Used: 3
Air Bag: (blank)
Ejected: (blank)
Date of Death: (blank)
Injury Type: 3
EMS Transport: Y

Summons Issued As Result of Crash: (blank)
Offenses Charged to Driver: (blank)

## VEHICLE

Vehicle Owner's Name: AV LEASING LLC
Address: 525 ANDERSON DR
City: ROMEOVILLE
State: IL
ZIP: 60446
Vehicle Year: 2022
Vehicle Make: FREIGH
Vehicle Model: Cascadia
Disabled: ◯
CMV: ◯
Towed: ◯
Vehicle Plate Number: P1120248
State: IL
VIN: 3AKJHHDRXNSMZ7498
Name of Insurance Company: PEOPLES INSURANCE AGENCY
Speed Before Crash: (blank)
Speed Limit: 70
Maximum Safe Speed: (blank)

## PASSENGER (only if injured or killed)