IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

TOWANDA R. FUTRELL,

Plaintiff,

v. Civil Action No. 4:23-cv-00118-JKW-DEM

AV LEASING, LLC,

TRITON LOGISTICS, INC.,

DANIEL L. CRAMER, and

WDTC, LLC,

Defendants/Third-Party Plaintiffs

v.

ANTONIO WIGGINS

and

FUTRELLS PARTY ADVENTURES, LLC,

Third-Party Defendants.

**THIRD-PARTY DEFENDANT'S MOTION TO SEVER**

COMES NOW Third-Party Defendants Antonio Wiggins and Futrell's Party Adventures ("Third-Party Defendants"), by counsel, and hereby moves to sever Defendants and Third-Party Plaintiffs Daniel Cramer, WDTC, LLC, AV Leasing, LLC and Triton Logistics, Inc.'s (collectively referred to as "Third-Party Plaintiffs") Third-Party Complaints against Third-Party Defendants and Plaintiff's Complaint against Third-Party Defendants for a separate trial on a different time and date. The bases for seeking the relief requested in this Motion are set forth in

the accompanying Brief in Support of Motion to Sever, which is incorporated herein by reference.

WHEREFORE, Third-Party Defendants Antonio Wiggins and Futrell's Party Adventures, by counsel, requests that this Court enter an Order granting this Motion to Sever the Plaintiff's trial on the claims in Plaintiff's Complaint against Third-Party Plaintiffs and continue the claims in Third-Party Plaintiffs' Complaints against Futrell's Party Adventures and Antonio Wiggins for a separate trial.

**ANTONIO WIGGINS AND FUTRELLS PARTY ADVENTURES LLC**

By Counsel

/s/ Angela R. MacFarlane

Danielle D. Giroux (VSB No. 45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke Suite, Suite 210
Alexandria, VA 22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com

Angela R. MacFarlane (VSB No. 87776)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
amacfarlane@hccw.com

## C E R T I F I C A T E

I hereby certify that on the 17th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher M. FitzPatrick, Esq. (VSB No. 90394)
Waleed Risheq, Esq. (VSB No. 94962)
Morgan & Morgan, DC PLLC
1901 Pennsylvania Ave. NW, Suite 300
Washington, DC 20006
202-772-0566 - Phone
202-772-0616 - Fax
cfitzpatrick@forthepeople.com
wrisheq@forthepeople.com
*Counsel for Plaintiff Towanda Futrell*

Terrence L. Graves, Esq. (VSB No. 32705)
Aaisha M. Sanaullah, Esq. (VSB No. 98389)
Sands Anderson PC
P.O. Box 1998
Richmond, VA 23218-1998
804-648-1636 - Phone
804-783-7291 - Fax
tgraves@sandsanderson.com
asanaullah@sandsanderson.com
*Counsel for Defendants AV Leasing, LLC and Triton Logistics, Inc.*

Shawn A. Voyles, Esq. (VSB No. 43277)
Paul R. Schmeding, Esq. (VSB No. 89542)
McKenry Dancigers Dawson, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
757-461-2500 - Phone
757-461-2341 - Fax
savoyles@va-law.com
prschmeding@va-law.com
*Counsel for Defendants Daniel Lee Cramer and WDTC, LLC*

/s/ Angela R. MacFarlane
Danielle D. Giroux (VSB No. 45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke Suite, Suite 210
Alexandria, VA 22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com

Angela R. MacFarlane (VSB No. 87776)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
amacfarlane@hccw.com