# DALLAS ALEXANDER LEA, II M.D.

## CURRICULUM VITAE

**PERSONAL INFORMATION:**

Internationally recognized Spinal Cord Injury physician. Fellowship trained and double boarded in Physical Medicine and Rehabilitation (PM&R) and Spinal Cord Injury (SCI) Medicine.

Office: Lea Medical Partners, LLC 1400 Spring Street
Suite 400
Silver Spring, MD 20910

Phone: 301-495-3742
Fax: 301-495-3743
E-Mail: drlea@leamedical.com

**BOARD CERTIFICATIONS:**

- Diplomat of the American Board of Physical Medicine and Rehabilitation, 2022

- Subspecialty Board Certified Spinal Cord Injury Medicine, 2022

- Certified Independent Medical Examiner, 2022

**MEDICAL LICENSURE:**

| | |
|---|---|
| State of Maryland | D0059136 |
| State of Texas | L3375 |
| District of Columbia | MD32553 |
| National Provider Identifier | 1063420750 |

**EDUCATION**

- **The University of Texas Medical School – Houston, Texas**
  *Spinal Cord Injury Fellow, The Institute for Rehabilitation and Research (TIRR), Houston, Texas 2001 – 2002*

- **Baylor College of Medicine Affiliated Hospitals**
  Physical Medicine and Rehabilitation Residency, Baylor College of Medicine Affiliated Hospitals Residency Program, Houston, Texas 1996-1999

- **MD Anderson Cancer Center, Houston, Texas Clinical Rotation 1996**
  Cancer pain management, rehabilitation post chemotherapy and surgical intervention

- **The University of Texas Medical School at Houston**
  *Transitional Year Internship, 1995 - 1996*

1

# DALLAS ALEXANDER LEA, II M.D.

- **Medical College of Ohio**
  *Toledo, Ohio, Doctorate of Medicine 1990 - 1995*

- **Howard University, Washington, D.C**.
  *Bachelor of Science in Microbiology (Chemistry Minor) 1985 - 1989*

**PROFESSIONAL EXPERIENCE**

**Lea Medical Partners, LLC, Silver Spring, MD**  **August 2013 – Present**
*Principal Partner*

Responsibilities Include:
- Specialist in Spasticity Management and Rehabilitation of Stroke, Brain Injury, Multiple Sclerosis, Cerebral Palsy, Spinal Cord Injury and Parkinsonian Tremor
- Neuropathic and Musculoskeletal Pain Management
- Chronic Migraine Headache Treatment
- Cervical and Limb Dystonia Management
- Baclofen Pump Reprograming, Filling and Maintenance
- Specialist in use of Platelet Rich Plasma (PRP) for advanced wound treatment and closure
- Independent Medical Examination
- Life Care Planning Consultations
- Legal Consultations

**The League for Persons with Disabilities, Baltimore MD**  **January 2016-Present**
*Medical Director*

Responsibilities Include:
- Management of a large neurologically impaired adult population through:
- Spasticity Management
- Mobility and patient safety evaluation
- Personalized physical and occupational therapy programs
- Medication review and approval

**BLH Technologies, Inc.**  **May 2014 – Present**
*Chief Medical Advisor*

- Providing expert medical advice and consultation to the division of Public Health and Human Services and their Clients nationally and internationally.

- Providing medical advice and consultation to federal, state government and private-sector clients in the area of:
    - Medical Communications and outreach
    - Medical Data Analytics and Research
    - Safety Monitoring
    - Medical Technology Solutions

# DALLAS ALEXANDER LEA, II M.D.

**MedStar National Rehabilitation Hospital, Washington, D.C.**  2006 - 2013
*Assistant Professor, Spinal Cord Injury Medicine Program*

Responsibilities Included:
- Spinal Cord Injury Medicine Inpatient Service – 35 bed unit
- Spasticity Patient Management
- Intrathecal Baclofen Pump Management
- Neuropathic Pain Management
- Botulinum Toxin Injections Type A (BOTOX)
- Botulinum Toxin Injections Type B (MYOBLOC)
- Outpatient Clinic Management
- Spinal Cord Injury Resident Teaching
- Spinal Cord Injury and Cardiac Rehabilitation Call Rotation

**UT Southwestern Medical Center, Dallas, TX**  2004 - 2005
*Associate Professor*

Responsibilities Included:
- SCI Medicine Service- 20 Bed unit / Consult Service
- Developed patient care protocols for SCI intensive care unit- 4-6 Bed unit within Trauma SICU
- Zale Lipshy University Hospital Inpatient Bed Service – 40 patients/monthly
- Spasticity Management
- Intrathecal Baclofen Pump Management
- Botulinum Toxin Injection (BOTOX)
- Neuropathic Pain Management
- Outpatient Clinic Appointments
- Medical Director of Spinal Cord Injury Clinic, Parkland Hospital

**Kessler Adventist Rehabilitation Hospital, Rockville, MD**  2002 - 2004
*Attending Physician*

Responsibilities Included:
- Spinal Cord Injury, Stroke, Orthopedic, Cardiac and Pulmonary Rehabilitation
- Physician Team Leader for design and development of focused stroke rehabilitation program to streamline treatment of stroke patients and similar neurologically impaired patients with MS, GBS, and Parkinson's Disease
- Inpatient Bed Service – 40 patients/monthly
- Botulinum Toxin Injection Clinic (BOTOX)
- Spasticity Management Program Development
- Neuropathic Pain Management
- Outpatient Clinic Appointments

**The Institute for Rehabilitation and Research, Houston, Tx**  2001 - 2002
*Spinal Cord Injury Fellow*

Responsibilities Included:
- Management of high-level quadriplegic patients, in an NICU setting, including ventilator management and

weaning
- Member of a two-person consultation service at a Level-1 trauma center
- Participation in 6 outpatient clinics per week
- Participation in outpatient spasticity management clinic including Botox, Baclofen pump and oral anti-spasticity medication management
- Trained in Traumatic Brain Injury (TBI) and Management of Concussions
- Trained in Sports & Musculoskeletal medicine

**Washington Health Care, Washington, D.C.**     1999 - 2001
*Physician Director*

Responsibilities Included:
- Hire, manage and train medical staff including physicians and physical therapy technicians
- Conduct weekly lecture series for medical staff on Physical Medicine and Rehabilitation, human anatomy, patient treatment and proper use of medical equipment
- Developed manual on company policies and procedures for medical staff
- Assisted in the development of marketing plan to aid in patient recruitment

## LEGAL CASES

- Dr. Lea has provided legal consultation expert testimony and life care planning in multiple personal injury cases.
- Dr. Lea has provided legal consultation, expert testimony, video and document review for the U.S. Department of Justice in a high-level Medicare fraud and criminal case.
- Dr. Lea is a Certified Independent Medical Examiner

## PROFESSIONAL ORGANIZATIONS

- American Academy of Physical Medicine and Rehabilitation
- American Spinal Cord Injury Association
- American Board of Independent Medical Examiners
- Neurocritical Care Society

## COMMITTEES

- Allergan Pharmaceuticals Botulinum Toxin Physician Advisory Board, 2011-present
- Outpatient Clinic Advisory Committee, (MedStar National Rehabilitation Hospital, Washington, DC), 2005-2013
- Inpatient Standards of Care Committee (MedStar National Rehabilitation Hospital, Washington, DC), 2005-2013
- Research and Development Standard of Care Committee (MedStar National Rehabilitation Hospital,

Washington, DC), 2005-2013

- Funding and Marketing Committee (MedStar National Rehabilitation Hospital, Washington, DC), 2005-2013
- Performance Improvement Committee (Zale Lipshy University Hospital and St. Paul University Hospital, Dallas, TX), 2004 – 2005

**RESEARCH**

- Principle Investigator for CMS Protocol: Autologous Blood-Derived Products for Chronic Non- Healing Wounds, July 2014- January 2015
- Principle Investigator for Aspire (Adult Spasticity International Registry on Botox Treatment), November 2013- Present
- Principle Investigator for Bacterial Interference Study, June 2005 – November 2005
- "Cost Analysis of Vacuum Assisted Closure versus Traditional Wound Care Management." Senior Resident Research Project. (1999)
- Investigation of "Expression of Polypeptides of Human Immunodeficiency Virus– 1 Reverse Transcriptase in Escherichia Coli;" under Samuel H. Wilson, M.D., Ph.D., National Cancer Institute, National Institutes of Health. (1990)
- Investigation of "Protein Interactions of HIV-1 Reverse Transcriptase: Implication of Central and C-Terminal Regions in Sub-unit Binding;" under Samuel H. Wilson, M.D., Ph.D., National Cancer Institute, National Institutes of Health. (1989)
- Investigation of "Purification and Characterization of the RNase H Domain of HIV-1 Reverse Transcriptase Expressed in Recombinant Escherichia Coli" under Samuel H. Wilson, M.D., Ph.D., National Cancer Institute, National Institutes of Health. (1988)
- Investigation of "C-onc Genome in Mutation of Hepatic Cells;" under Edward Kuff, M.D., Ph.D., National Cancer Institute, National Institutes of Health. (1987)
- Investigation of "Prevention of Hepatic Transplant Rejection in Canine Subjects with the use of the Immunosuppressant Cyclosporine;" under Thomas Starzl, M.D. Department of Transplant Surgery, The Falk Center, The University of Pittsburgh. (1985)
- Investigation of "The Use of Cyclosporine in Increasing the Storage Time of Donated Hepatic Organs in Canine Subjects;" under Thomas Starzl, M.D. Department of Transplant Surgery, The Falk Center, The University of Pittsburgh. (1984)
- Investigation of "The Effects of Recurrent Otitis Media Infections in Pediatric Patients;" under William Doyle, M.D. Department of Pediatrics, The University of Pittsburgh. (1983)

**PUBLICATIONS**

- "Purification and Characterization of the RNase H Domain HIV-1 Reverse Transcriptase Expressed in Recombinant Escherichia Coli;" S.P. Becerra, G.M Clore, A. Groenburgh, A.R. Karlstrom, S.J. Stahl, S.H. Wilson and P.T. Wingield, with acknowledgment to Dallas Lea; FEBS Letters, Vol. 2870 pp.1, 2, 76-80; September 1990.
- "Protein-Protein Interactions of HIV-1 Reverse Transcriptase: Implication of Central and C- Terminal Regions in Sub-unit Binding;" S.P. Becerra, A Kumar, M.S. Lewis, S.G. Widen, J. Abbotts, E.M. Karawys, S.J. Huges, J. Shiloach, S.H. Wilson with acknowledgment to Dallas Lea; Biochemistry 1991 30: pp. 11707-11719.
- "Expression of Polypeptides of Human ImmunodeficiencyVirus-1 Reverse Transcriptase in Escherichia Coli;" S.P. Becerra, A Kumarand S.H. Wilson, with acknowledgment to Dallas Lea; Protein Expression and Purifications Journal 4: 187-199 (1993).

# DALLAS ALEXANDER LEA, II M.D.

**LECTURES**

- Spasticity Defined: Financial Cost and Impact of Life-Mid Maryland Chapter of Emergency Room Nurses, DCH (05/12/2015)

- Spasticity Defined Lecture: SCALE (03/30/2015)

- Spasticity Defined: Inservice Neurological Medicine PA (02/19/2015)

- Spasticity Defined-Inservice Holy Cross Hospital (09/25/2014)

- Spasticity Defined: Financial Cost and Impact of Life Care Plans-Webinar (08/21/2014)

- MedStar National Rehabilitation Hospital/MedStar Washington Hospital Center Joint Inservice – Dual Diagnosis – Occupational Therapy (08/12)

- Serial Lectures: The Second Rehabilitation Medicine Summit Forum, Chinese PLA General Hospital Beijing, China - *Spasticity and Spinal Cord Injury: Botox and Spasticity Control* (06/22/12)

- Serial Lectures: The Second Rehabilitation Medicine Summit Forum, Chinese PLA General Hospital Shanghai, China - *General Spasticity Control and Botox Injections* (06/24/12)

- Serial Lectures: *General Spasticity Control and Botox Injections,* The Second Rehabilitation Medicine Summit Forum, Chinese PLA General Hospital, Guanzhou, China (06/25/12)

- Grand Rounds – MedStar National Rehabilitation Hospital – Overview of Adult Spasticity (10/17/2008)

- Georgetown University Hospital – MedStar National Rehabilitation Hospital Resident Lecture Series: Evaluation and Management of Autonomic Dysreflexia (07/17/2008)

- Acute management of Autonomic Dysreflexia (August 2007)

- Management of Cervical Dystonia Using Botulinum Toxin (June 2006)

- Botulinum Toxin in the Use of Spasticity Management (May 2005)

- Botulinum Toxin in the Use of Bruxism (May 2005)

- Botulinum Toxin in the Use of Hyper sialorrhea (May 2005)

- Botulinum Toxin in the Use of Hyperhidrosis (May 2005)

- Acute Respiratory Management of High Tetraplegics (October 2004)

- The Anatomy of a Cathing Program in Stroke Patients (February 2003)

- Respiratory Management of Spinal Cord Injured Patients (February 2002)

# DALLAS ALEXANDER LEA, II M.D.

- Functional Levels of Spinal Cord Injured Patients (February 2002)

- Clinical Application of Transcutaneous Electrical Nerve Stimulation (August 1999)

- Functional Anatomy of the Upper Arm and Forearm (July 1999)

- Functional Anatomy of the Shoulder (July 1999)

- The Benefits of Active and Passive Range of Motion in the Treatment of Frozen Shoulder (July 1999)

- Pathology of the Neck and Cervical Spine "The Story of Moe" (March 1999)

- "Out on a limb" Pathology of the Shoulder Elbow and Hand (October 1998)

- Introduction to Physical Medicine and Rehabilitation for Orthopedic Surgeons (January 1997)

- Introduction to Physical Medicine and Rehabilitation for General Medicine Practitioners (May 1996)

- Non-Traumatic Right Sided Cerebrovascular Accidents and Patient Presentation (December 1995)


## PHYSCIAN TRAINING AND TEACHING

- **Allergan R.I.T.E (Regional Injection Training Engagement)**  **2013, 2016, 2019**
  **Cadaver Course**

  Expert Faculty member for Upper Limb Spasticity training
    - Treatment Framework
    - Focal Spasticity Advanced Patient Identification
    - Focal Spasticity Affected Anatomy
    - Focal Spasticity Dosing and Administration
    - Upper Limb Functional Anatomy
    - Lower Limb Functional Anatomy
    - ISI & Cervical Dystonia Advanced Diagnostic & Patient Identification
    - Cervical Dystonia Functional Anatomy
    - EMG & ISI
    - Allergan Commitment
    - Lab Prep

- **ALLERGAN WEB SPEAKER TRAINING: SPASTICITY WEBCAST**  **September 2016**
  Expert Faculty


- **DANNEMILLER: CHRONIC NECK PAIN & HEADACHE**  **March 2016**
  **WORKSHOP** – Dr. Lea was the Faculty Educator, training physician's in chronic headache injection techniques.

    - **Botulinum Toxin for Headaches and Neck Pain**
      Presenter – Dallas Lea, MD

# DALLAS ALEXANDER LEA, II M.D.

- **ALLERGAN NEUROSCIENCES: National Sales Meeting**  **February 2016**
  - **Lower Limb Anatomy Training of Clinical Staff**

- **Allergan Neurological Rehabilitation Advisory Board**  **October 2015**
  - BOTOX Neurological Rehabilitation – current approach to treating spasticity in the lower limbs

- **Proctor Program: 2014 T3 - Neuro ULS Proctorship**  **November 2014**
  - *Upper Limb Spasticity: Advanced Diagnostic Techniques and Implementing BOTOX® Treatment*

- **International Association of Rehabilitation Professionals**  **August 2014**
  - *Spasticity Defined: Financial Costs and Impact on Life Care Plans*

## ADVANCED EDUCATION SEMINARS

- **GULFCOAST ULTRASOUND INSTITUTE**  **November 2018**
  - Point of Care Ultrasound Scanning Skills Workshop

- **AMERICAN ACADEMY OF PHYSICAL MEDICINE**  **October 2018**
  **AND REHABILITATION**
  - 2018 Skills Lab: Ultrasound Evaluation of Peripheral Nerves
  - 2018 Skills Lab: Fundamental Ultrasound of Upper Extremity

- **Allergan Neuroscience Regional Training Meeting: Neuro Rehab**  **2014-present**

## AWARDS

- **2009/ 2010 Best Doctors**  Northern Virginia Magazine

## MEDIA APPEARANCES:

**Caregivers Video Production featuring Dr. Dallas Lea**  **June 2018**

- Caring for Patients with Dementia video series Parts 1-4
- Caring for Stroke Patients Parts 1-2
- Physical Complications in Patients Post Stroke
- Complications of Stroke: Aphasia and Speech
- Complications of Stroke: Emotional Changes in Patients
- Self-Care tools for Caregiver Durability

**WTTG-FOX 5**  Federal News Service  **Electrical Stimulus of Spinal Nerves**  **May 2011**